**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20528

| Certified Mail Fee | 0412 |
| $ Xiang Huang $0.55 | 3 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

AUG - 9 2023
08/09/2023
91426-USPS
BALBOA STATION VAN NUYS CA

Postage $2.31
Total Postage and Fees $10.21

Sent To: Hon. Mayorkas
Street and Apt. No. or PO Box No.: DHS
City, State, ZIP+4®: Washington DC 20528

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0587 5097 64

XIANG HUANG
Secretary MAYORKAS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-03474

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Hon. Alejandro Mayorkas__
was received by me on *(date)* __5/10/23__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Hon. Mayorkas, Department of__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Homeland Security__ on *(date)* __8/9/23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __-0-__ for travel and $ __-0-__ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __8/10/23__

_____
Server's signature

__Lisa Pickering, Attorney__
Printed name and title

__5435 Balboa St 214__
__Encino CA 91316__
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

9589071052700587509764

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**MONDAY**
**14** August 2023 ⓘ

by
**9:00pm** ⓘ

Your item departed our SANTA CLARITA CA DISTRIBUTION CENTER origin facility on August 9, 2023 at 11:28 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**In Transit**
**Departed USPS Regional Origin Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
August 9, 2023, 11:28 pm

**Arrived at USPS Regional Origin Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
August 9, 2023, 9:25 pm

See All Tracking History

**Text & Email Updates**                                                ⌄

Feedback