JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xiang Huang, | Case No. 2:23-cv-03474-RGK-BFMx |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| Alejandro Mayorkas, | |
| Defendant(s). | |

On August 8, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants. On August 11, 2023, plaintiff filed a response to the OSC in the form of a Proof of Service [18]. The Court finds no good cause for the delay in service and orders the case dismissed without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 8/15/2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE